Case 16-12042-elf   Doc 37   Filed 11/22/17   Entered 11/27/17 14:48:46   Desc Main
Document    Page 1 of 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Patricia Cottman<br><br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　　　Movant<br>　　vs. | NO. 16-12042 elf |
| Patricia Cottman<br><br>　　　　　　　Debtor(s) | |
| William C. Miller, Esq.<br><br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

The Court has considered the Motion for Relief from the Automatic Stay filed in this

bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the papers filed in

connection therewith, and upon the failure of the Debtor(s) and the Trustee

to file and answer or otherwise plead, it is hereby


**ORDERED**, that the automatic stay is hereby modified under 11 U.S.C. Section 362(d) as

to Movant, to permit Movant, or its successor or assignee to take possession of, and to sell, lease,

and otherwise dispose of, in a commercially reasonable manner, the 2014 TOYOTA CAMRY

having VIN #: 4T1BF1FK5EU468548 .  The stay provided by Bankruptcy Rule 4001(a)(3) been

waived.


Date:  11/22/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**