United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-12042-elf
Patricia Cottman                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Nov 27, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
db             +Patricia Cottman,    162 W Chew Avenue,    Philadelphia, PA 19120-2428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Patricia  Cottman brad@sadeklaw.com
              JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patricia Cottman <br> <u>Debtor(s)</u> | CHAPTER 13 |
| Toyota Motor Credit Corporation <br> <u>Movant</u> <br> vs. | NO. 16-12042 elf |
| Patricia Cottman <br> <u>Debtor(s)</u> | |
| William C. Miller, Esq. <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

### ORDER

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the papers filed in connection therewith, and upon the failure of the Debtor(s) and the Trustee to file and answer or otherwise plead, it is hereby

**ORDERED**, that the automatic stay is hereby modified under 11 U.S.C. Section 362(d) as to Movant, to permit Movant, or its successor or assignee to take possession of, and to sell, lease, and otherwise dispose of, in a commercially reasonable manner, the 2014 TOYOTA CAMRY having VIN #: 4T1BF1FK5EU468548 . The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Date: 11/22/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**