**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                        Chapter 13

                                        Bankruptcy No. 16-12042-ELF

PATRICIA COTTMAN

162 W. CHEW AVENUE

PHILADELPHIA, PA 19120

       Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    PATRICIA COTTMAN

    162 W. CHEW AVENUE

    PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

Date: 12/28/2017                                     /S/ William C. Miller
                                                                  _____
                                                                  William C. Miller, Esquire
                                                                  Chapter 13 Standing Trustee