# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patricia Cottman<br>　　　　Debtor | CHAPTER 13 |
| American Heritage Federal Credit Union, its successors and assigns<br>　　　　Movant, | BANKRUPTCY NO. 16-12042 JKF<br><br>11 U.S.C. §362 (d)(1) |
| 　v.<br>Patricia Cottman<br>William C. Miller, Trustee<br>　　　　Respondents | HEARING DATE: 6/27/2018<br><br>HEARING TIME: 9:30 A.M.<br><br>COURTROOM #3 |

## CERTIFICATION OF SERVICE

**HEATHER S. RILOFF, ESQUIRE**, attorney for American Heritage Federal Credit Union, the movant herein, hereby certifies that true and correct copies of the foregoing Motion for Relief from the Stay, and the Notice of Hearing and attached proposed order have been served this 31st day of May 2018 by first class mail, postage prepaid, on the persons listed below:

| | |
|---|---|
| Patricia Cottman<br>162 West Chew Avenue<br>Philadelphia, PA 19120 | Brad J. Sadek, Esquire<br>1315 Walnut Street<br>Suite 804<br>Philadelphia, PA 19107 |
| William C. Miller<br>111 S. Independence Mall<br>Philadelphia, PA 19106 | Office of the U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107 |

　　　　　　　　　　　　/s/Heather S. Riloff
　　　　　　　　　　　　Heather S. Riloff, Esquire
　　　　　　　　　　　　Martha E. Von Rosenstiel, P.C.
　　　　　　　　　　　　649 South Avenue, Unit 6
　　　　　　　　　　　　Secane, PA 19018
　　　　　　　　　　　　(610) 328-2887 Ext 13
　　　　　　　　　　　　Heather@mvrlaw.com
　　　　　　　　　　　　Attorney I.D. #309906

** Parties served by the court via ECF electronic notification are not also being served by regular mail