# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patricia Cottman<br>　　　　　　Debtor<br>American Heritage Federal Credit Union, its successors and assigns<br>　　　　　　Movant,<br>　v.<br>Patricia Cottman<br>William C. Miller, Trustee<br>　　　　　　Respondents | CHAPTER 13<br><br>BANKRUPTCY NO. 16-12042 ELF<br><br>11 U.S.C. §362 (d)(1)<br><br>HEARING DATE: 6/26/2018<br><br>HEARING TIME: 9:30 A.M.<br><br>COURTROOM #1 |

## CERTIFICATION OF SERVICE

**HEATHER S. RILOFF, ESQUIRE**, attorney for American Heritage Federal Credit Union, the movant herein, hereby certifies that true and correct copies of the foregoing **AMENDED** Motion for Relief from the Stay, and the AMENDED Notice of Hearing and attached proposed order have been served this 13TH day of JUNE 2018 by first class mail, postage prepaid, on the persons listed below:

| | |
|---|---|
| Patricia Cottman<br>162 West Chew Avenue<br>Philadelphia, PA 19120 | Brad J. Sadek, Esquire<br>1315 Walnut Street<br>Suite 804<br>Philadelphia, PA 19107 |
| William C. Miller<br>111 S. Independence Mall<br>Philadelphia, PA 19106 | Office of the U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107 |

　　　　　　**/s/Heather S. Riloff**
　　　　　　**Heather S. Riloff, Esquire**
　　　　　　**Martha E. Von Rosenstiel, P.C.**
　　　　　　**649 South Avenue, Unit 6**
　　　　　　**Secane, PA 19018**
　　　　　　**(610) 328-2887 Ext 13**
　　　　　　**Heather@mvrlaw.com**
　　　　　　**Attorney I.D. #309906**

** Parties served by the court via ECF electronic notification are not also being served by regular mail