**mcm** Midland Credit Management, Inc.

PO Box 2011 Warren, MI 48090-2036
Toll Free: 877-495-2902
Fax: 866-818-1718

September 18, 2018

**US BANKRUPTCY COURT**
EASTERN District PENNSYLVANIA

RE:    Claim filed on PATRICIA  COTTMAN
       Case # 16-12042
       Claim # 9

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

To Whom It May Concern:

   Midland Credit Management, Inc. hereby withdraws Proof of Claim number ___9___ dated  June 06, 2016.


Thank you,

/s/ Joseph Raymond
Bankruptcy Specialist

Name:     Joseph Raymond
Address:  Po Box 2011
          Warren, MI 48090
Phone: 877-495-2902
Fax :   866-818-1718
Email: MBX_ILMS_Bankruptcy@mcmcg.com

BK_0005 Account No.: 16-94398