United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-12042-elf
Patricia Cottman                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa                Page 1 of 2              Date Rcvd: Jul 17, 2019
                              Form ID: 138NEW           Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
```
db            +Patricia Cottman,    162 W Chew Avenue,    Philadelphia, PA 19120-2428
13697420      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
13717070      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
13697423      +Citibank,   P.O. Box 6497,    Sioux Falls, SD 57117-6497
13697426      +Fed Loan Service,    P.O. Box 60610,    Harrisburg, PA 17106-0610
13735136      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                Attn: Bankruptcy Dept #F
13697432      +TD Bank USA,    P.O. Box 673,   Minneapolis, MN 55440-0673
13697433      +Toyota Motor Credit Co,    240 Gibraltar Rd,    Ste 260,    Horsham, PA 19044-2387
13773251      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13744587       U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:33     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2019 03:37:49
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2019 03:38:13     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2019 03:37:55     Midland credit management,
                PO Box 2011,    Warren, MI 48090-2011
cr             E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:31:08     Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13731964      +E-mail/Text: bankruptcy@midwestloanservices.com Jul 18 2019 03:37:25     American Heritage FCU,
                c/o Midwest Loan Services,    616 Shelden Avenue Suite 300,    Houghton, MI 49931-1841
13697418      +E-mail/Text: broman@amhfcu.org Jul 18 2019 03:38:01     American Heritage Fcu,
                2060 Red Lion Rd,    Philadelphia, PA 19115-1699
13697419      +E-mail/Text: broman@amhfcu.org Jul 18 2019 03:38:01     American Heritage Federal Credit Union,
                2060 Red Lion Rd,    Philadelphia, PA 19115-1699
13697422       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2019 03:29:08     Capital One Bank USA,
                15000 Capital One Dr,    Richmond, VA 23238
13697421      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2019 03:31:10     Capital One,
                26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
13706628       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2019 03:31:10
                Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
13697424      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2019 03:37:21     Comenity Bank,
                P.O. Box 182273,    Columbus, OH 43218-2273
13697425      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2019 03:37:21     Comenity Bank,
                P.O. Box 182789,    Columbus, OH 43218-2789
13731518      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2019 03:37:55     Midland Funding, LLC,
                P.O. Box 2011,    Warren, MI 48090-2011
13697427      +E-mail/Text: bankruptcy@midwestloanservices.com Jul 18 2019 03:37:25     Midwest Loan Services,
                616 Shelden Ave,    Ste 300,   Houghton, MI 49931-1841
13780122       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2019 03:30:15
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13743039       E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2019 03:37:30
                Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
13741850       E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2019 03:37:30
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
13702829       E-mail/PDF: rmscedi@recoverycorp.com Jul 18 2019 03:31:17
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13697430      +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:31:05     Synchrony Bank,   P.O. Box 965024,
                Orlando, FL 32896-5024
13697429      +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:29:00     Synchrony Bank,   P.O. Box 965005,
                Orlando, FL 32896-5005
13697428      +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:28:59     Synchrony Bank,   P.O. Box 965015,
                Orlando, FL 32896-5015
13778979       E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:30:03     Synchrony Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13818877      +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:31:06     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
13777364      +E-mail/Text: bncmail@w-legal.com Jul 18 2019 03:38:03     TD BANK USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13697431      +E-mail/Text: bnc@nordstrom.com Jul 18 2019 03:37:07     TD Bank,    13531 E Caley Ave,
                Englewood, CO 80111-6504
13697434      +E-mail/Text: External.Collections@phoenix.edu Jul 18 2019 03:38:46     University Of Phoenix,
                4615 E Elwood St,    Fl 3,   Phoenix, AZ 85040-1950
```

```
District/off: 0313-2           User: Lisa                  Page 2 of 2                  Date Rcvd: Jul 17, 2019
                               Form ID: 138NEW             Total Noticed: 37
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
TOTAL: 27

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:

```
          BRAD J. SADEK    on behalf of Debtor Patricia  Cottman brad@sadeklaw.com,  bradsadek@gmail.com
          HEATHER STACEY RILOFF    on behalf of Creditor    AMERICAN HERITAGE FEDERAL CREDIT UNION
           heather@mvrlaw.com,  Michelle@mvrlaw.com
          JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
          LORRAINE GAZZARA DOYLE    on behalf of Creditor    AMERICAN HERITAGE FEDERAL CREDIT UNION
           ldoyle@pincuslaw.com
          MARIO J. HANYON    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Patricia Cottman
    Debtor(s)

Bankruptcy No: 16–12042–elf
Chapter: 13

---

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                          For The Court
                          Timothy B. McGrath
                          Clerk of Court

Dated: 7/17/19

                                        56 – 55
                                    Form 138_new